# APPENDIX A

5

1035242 PARTH ENTERPRISES
OPEN INVOICES AS OF 12/4/2008

| | | | INVOICE# | BILL DATE | SHIP DATE | BOL# | DUE |
|---|---|---|---|---|---|---|---|
| * | R | JKB | 4443788 0 | 101008 | 91108 | 1753708 | 710.12 |
| | R | JKX | 4444192 0 | 100708 | 93008 | 1753709 | 5,205.06 |
| | R | JKB | 4444321 0 | 100908 | 93008 | 1753713 | 5,205.06 |
| | R | JKB | 4444296 0 | 101408 | 93008 | 1753714 | 5,205.06 |
| | R | JKB | 4444220 0 | 101608 | 93008 | 1753710 | 5,205.06 |
| | R | JKB | 4444310 1 | 102708 | 93008 | 1753711 | 5,855.06 |
| | R | JKB | 4444277 2 | 102908 | 93008 | 1753712 | 5,505.06 |
| | R | JKB | 4444387 0 | 102308 | 100708 | 1753715 | 5,205.06 |
| * | R | JKB | 4443388 0 | 102308 | 100708 | 1753716 | 2,724.46 |
| | R | JKB | 4445506 0 | 102308 | 100708 | 1753722 | 5,205.06 |
| | R | JKB | 4444524 0 | 102408 | 100708 | 1753723 | 5,205.06 |
| | R | JKB | 4444525 0 | 102408 | 100708 | 1753724 | 5,205.06 |
| | R | JKB | 4444554 0 | 102408 | 100708 | 1753725 | 5,205.06 |
| | R | JKB | 4444557 0 | 102408 | 100708 | 1753726 | 5,205.06 |
| | R | JKB | 4444693 0 | 102908 | 100708 | 1753727 | 5,205.06 |
| | R | JKB | 4444694 0 | 102908 | 101508 | 1753728 | 5,205.06 |
| | R | JKB | 4444728 0 | 102908 | 101508 | 0.75373 | 5,205.06 |
| | R | JKX | 4444727 0 | 102908 | 101508 | 1753729 | 5,205.06 |
| | R | JKB | 1247217 0 | 110308 | 101508 | 1753731 | 5,205.06 |
| | R | JKB | 1247237 0 | 110308 | 101508 | 1753732 | 5,205.06 |
| | R | JKB | 1247248 0 | 110308 | 101508 | 1753733 | 5,205.06 |
| | R | JKB | 1247260 0 | 110308 | 101508 | 1753734 | 5,205.06 |
| | R | JKB | 1247782 0 | 110308 | 101508 | 1753735 | 5,205.06 |
| | R | JKB | 1247809 0 | 110308 | 101508 | 1753736 | 5,205.06 |
| | R | JKB | 1248095 0 | 110308 | 102008 | 1753737 | 5,205.06 |
| | R | JKB | 1248096 0 | 110308 | 102008 | 1753738 | 5,205.06 |
| | R | JKB | 1248712 0 | 110508 | 102008 | 1753739 | 5,205.06 |
| | R | JKB | 1248713 0 | 110508 | 102008 | 1753740 | 5,205.06 |
| | R | JKB | 1248796 0 | 110508 | 102008 | 1753741 | 5,205.06 |
| | R | JKB | 1248799 0 | 110508 | 102008 | 1753742 | 5,205.06 |
| | R | JKB | 1248873 0 | 110508 | 102008 | 1753743 | 5,205.06 |
| | R | JKB | 1250726 0 | 111008 | 102008 | 1753747 | 5,205.06 |
| | R | JKB | 1250728 0 | 111008 | 102008 | 1753748 | 5,205.06 |
| | R | JKB | 1248877 0 | 111208 | 102008 | 1753744 | 5,205.06 |
| | R | JKB | 1250906 0 | 111908 | 102008 | 1753749 | 5,205.06 |
| | R | JKB | 1250907 0 | 111908 | 102008 | 1753750 | 5,205.06 |
| | R | JKB | 1251022 0 | 111908 | 102008 | 1753751 | 5,205.06 |
| | R | JKB | 1251030 0 | 111908 | 102008 | 1753752 | 5,205.06 |
| | R | JKB | 1251101 0 | 111908 | 102008 | 1753753 | 5,205.06 |
| | R | JKB | 1251102 0 | 111908 | 102008 | 1753754 | 5,205.06 |
| | R | JKB | 1251304 0 | 111908 | 102008 | 1753755 | 5,205.06 |

| | | INVOICE# | | BILL DATE | SHIP DATE | BOL# | DUE |
|---|---|---|---|---|---|---|---|
| R | JKB | 1251305 | 0 | 111908 | 102008 | 1753756 | 5,205.06 |
| R | JKB | 1251388 | 0 | 111908 | 102008 | 1753757 | 5,205.06 |
| R | JKB | 1251389 | 0 | 111908 | 102008 | 1753758 | 5,205.06 |
| R | JKX | 1248964 | 0 | 110708 | 102708 | 1753746 | 5,205.06 |
| R | JKX | 1248966 | 0 | 110708 | 102708 | 1753745 | 5,205.06 |
| R | JKB | 1251591 | 0 | 111908 | 110508 | 1753759 | 5,205.06 |
| R | JKB | 1251592 | 0 | 111908 | 110508 | 1753760 | 5,205.06 |
| | | TOTAL DUE | | | | | 243,817.34 |

## LANDSTAR
## RANGER

# ORIGINAL
# FREIGHT BILL

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 4443788
BILL OF LADING: 1753708
SHIPPING DATE: 09-17-08
INVOICE DATE: 10-10-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | MIJOHN-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 500 | CONSUMER GOODS OR APPLIAN | 44000 | | 3855.60 | 3855.60 |
| 1 | FUEL SURCHARGE | | | 1349.46 | 1349.46 |

PAYOR: PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

SHIPPER
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028          Customer:1035242

CONSIGNEE
#
PARTH ENTERPRISES
5 CORPORATE DRIVE
CRANBURY, NJ

CUSTOMER
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

9

DATE 9/17/08

# BILL OF LADING

Page 1 of 1

| SHIP FROM | |
|---|---|
| Name: PARTH ENTERPRISES | |
| Address: 889 AZUSA AVENUE | |
| City/State/Zip: CITY OF INDUSTRY, CA 91745 | |
| SID#: | FOB: ☐ |

Bill of Lading Number: 0023659612129

**B AR CODE SPACE**

| SHIP TO | |
|---|---|
| Name: PARTH ENTERPRISES | Location #: _____ |
| Address: 5 CORPORATE DRIVE | |
| City/State/Zip: CRANBURY, NJ 08512 | |
| CID#: | FOB: ☐ |

CARRIER NAME: LANDSTAR CARRIER
Trailer number 17
Seal number(s) 1393903
SCAC:
Pro number:

**BAR CODE SPACE**

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| Name: |
| Address: |
| City/State/Zip: |

SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid _____   Collect _____   3rd Party _____

☐ Master Bill of Lading: with attached
(check box)   underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS. | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0025637856 | 828 | 33500 | Y | N | |
| 0025689521 | 148 | 8000 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 976 | 41500 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | NMFC # | CLASS |
| | | | | | | 3 hour's waiting | | |
| | | | | | | | RECEIVING STAMP SPACE | |
| | | | | | | GRAND TOTAL | | |

COD Amount: $

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

*Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Shipper Signature

| SHIPPER SIGNATURE / DATE. | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |
| 9/17/08 | | | 9-17-08 |

Certified Original by TrapPak Online 15. 2 at 09:32:22 10-04-2008 at 8 for ENGC 804766339

a

**LANDSTAR** ★
**RANGER**

## ORIGINAL
## FREIGHT BILL

*Remit to:*

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 4444192
BILL OF LADING: 1753709
SHIPPING DATE: 10-01-08
INVOICE DATE: 10-07-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | 45813 | JKX | MIJOHN-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|------------------------|-----|----------|------|---------|
| 500 | CONSUMER GOODS OR APPLIAN | 40000 | | 3855.60 | 3855.60 |
| 1 | FUEL SURCHARGE | | | 1349.46 | 1349.46 |

**PALLETIZED**

PAYOR:   PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

S
H   #1035242
I   PARTH ENTERPRISES
P   889 S AZUSA AVE
P   CY OF INDUSTRY, CA 91748-1028          Customer:1035242
E
R

C
O   #
N   PARTH ENTERPRISES
S   5 CORPORATE DR
I   732-6686-5480
G   CRANBURY, NJ
N
E
E

C
U   PARTH ENTERPRISES
S   889 S AZUSA AVE
T   CY OF INDUSTRY, CA 91748-1028
O
M
E
R

10

DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/01/08 | **BILL OF LADING** | Page 1 of 1 |
|---|---|---|

| SHIP FROM |
|---|
| Name: PARTH ENTERPRISES |
| Address: 889 AZUSA AVENUE |
| City/State/Zip: CITY OF INDUSTRY, CA 91745 |
| SID#: FOB: ☐ |

Bill of Lading Number: 0023659612130

B AR CODE SPACE

| SHIP TO |
|---|
| Name: PARTH ENTERPRISES     Location #: _____ |
| Address: 5 CORPORATE DRIVE |
| City/State/Zip: CRANBURY, NJ 08512 |
| CID#: FOB: ☐ |

CARRIER NAME: LANDSTAR CARRIER
Trailer number 45813
Seal number(s) 0628686

JKX
4444192
TK53 8149
TR 45813
ID#019639

SCAC:
Pro number:

BAR CODE SPACE

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| Name: |
| Address: |
| City/State/Zip: |

Freight Charge Terms:
Prepaid _____ Collect _____ 3rd Party _____
(check box)

☐ Master Bill of Lading with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:

3072 Actual Miles

| CUSTOMER ORDER INFORMATION | | | | | |
|---|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
| 0084579652 | 838 | 21439 | Y | N | |
| 0065234956 | 128 | 9000 | Y | N | |
| | | | Y | N | |
| | | | Y | N | BATH ACCESSORIES |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 996 | 30439 | | | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | COMMODITY DESCRIPTION | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | RECEIVING | | |
| | | | | | | STAMP SPACE | | |
| | | | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ Per _____

COD Amount $ _____
Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper  ☐ By Driver | ☐ By Shipper  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |

19/01/08

Sunny

101-08

SL+C

11

# LANDSTAR  RANGER

## ORIGINAL FREIGHT BILL

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 4444321
BILL OF LADING: 1753713
SHIPPING DATE: 10-03-08
INVOICE DATE: 10-09-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | 688506 | JKB | NBENOI-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 500 | CONSUMER GOODS OR APPLIAN | 42000 | | 3855.60 | 3855.60 |
| 1 | FUEL SURCHARGE | | | 1349.46 | 1349.46 |

PAYOR:   PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|--------------------------------------|------------|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

**SHIPPER**
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

**CONSIGNEE**
#
PARTH ENTERPRISES
5 CORPORATE DRIVE
CRANBURY, NJ 08512

**CUSTOMER**
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

12

PRO NUMBER: 4444321
DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/03/08 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**

Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY,CA 91745
SID#:                                          FOB: ☐

Bill of Lading Number: 0023659612135

**SHIP TO**

Name: PARTH ENTERPRISES          Location #: _____
Address:5 CORPORATE DRIVE

City/State/Zip: CRANBURY,NJ 08512
CID#:                                          FOB: ☐

CARRIER NAME:  LANDSTAR CARRIER
Trailer number 688506
Seal number(s) 00788

SCAC:
Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid _____     Collect _____     3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0069874521 | 32 | 35000 | Y | N | |
| 0063274159 | 19 | 6550 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 51 | 41550 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | GRAND TOTAL | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows.
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ Per _____

COD Amount: $ _____
Fee Terms:   Collect: ☐     Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded | Freight Counted | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |

10/3/08

10-3-08

13

**LANDSTAR** 
**RANGER**

# ORIGINAL
# FREIGHT BILL

*Remit to:*

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 4444296
BILL OF LADING: 1753714
SHIPPING DATE: 10-03-08
INVOICE DATE: 10-14-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | ESWANS-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 500 | CONSUMER GOODS OR APPLIAN | 42000 | | 5205.06 | 5205.06 |
| | | | | | |
| | | | | PAYOR: 3RD PARTY | |

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

**SHIPPER**
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer: 1035242

**CONSIGNEE**
#
PARTH ENTERPRISE
5 CORPORATE DRIVE
CRANBURY, NJ

**CUSTOMER**
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

14

# LANDSTAR ★ RANGER

## ORIGINAL
## FREIGHT BILL

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 4444220
BILL OF LADING: 1753710
SHIPPING DATE: 10-01-08
INVOICE DATE: 10-16-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | NBENOI-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 500 | CONSUMER GOODS OR APPLIAN | 40000 | | 5205.06 | 5205.06 |

PAYOR:  PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|--------------------------------------|------------|

## SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

**SHIPPER**
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

**CONSIGNEE**
#
PARTH ENTERPRISES
5 CORPORATE DRIVE

CRANBURY, NJ

**CUSTOMER**
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

15

PRO NUMBER: 4444426
DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/01/08 | **BILL OF LADING** | Page 1 of 1 |
|---|---|---|

**SHIP FROM**
Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#:                                    FOB: ☐

Bill of Lading Number: 0023659612131

280937

B AR CODE SPACE

**SHIP TO**
Name: PARTH ENTERPRISES          Location #: _____
Address: 5 CORPORATE DRIVE
City/State/Zip: CRANBURY, NJ 08512
CID#:                                    FOB: ☐

CARRIER NAME: LANDSTAR CARRIER
Trailer number 5335
Seal number(s) 0628684
Nostos Expres C 280937
SCAC:
Pro number:

BAR CODE SPACE

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid _____   Collect _____   3rd Party _____
☐ Master Bill of Lading; with attached
(check box)   underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0056425317 | 912 | 38000 | Y | N | |
| 0026578456 | 127 | 2200 | Y | N | |
| | | | Y | N | |
| | | | Y | N | ALSTYLE T-SHIRTS |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 1039 | 40200 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | | | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ Per _____

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

COD Amount: $ _____
Fee Terms:  Collect: ☐     Prepaid: ☐
Customer check acceptable: ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |
| 10/01/08 | | | |

1(1)



# LANDSTAR ★ RANGER

## ORIGINAL FREIGHT BILL

**Remit to:**

LANDSTAR RANGER,INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 4444310    1
BILL OF LADING: 1753711
SHIPPING DATE: 10-03-08
INVOICE DATE: 10-27-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | 741461 | JKB | CHASMI-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 500 | CONSUMER GOODS OR APPLIAN | 40000 | | | 3855.60 |
| 1 | FUEL SURCHARGE | | | 1349.46 | 1349.46 |
| 1 | OUT-OF-ROUTE MILES | | | 250.00 | 250.00 |
| 1 | DETENTION | | | 400.00 | 400.00 |

PAYOR:  PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,855.06 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

**SHIPPER**
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

**CONSIGNEE**
#
PARTH ENTERPRISES
5 CORPORATE DRIVE

CRANBURY, NJ

**CUSTOMER**
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

17

PRO NUMBER: 4444510
DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/03/08 | **BILL OF LADING** | Page 1 of 1 |
|---|---|---|

**SHIP FROM**

Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY,CA 91745
SID#:                                    FOB: ☐

Bill of Lading Number: 0023659612133

3 AR CODE SPACE

CARRIER NAME: LANDSTAR CARRIER   *Truck 54146*
Trailer number 741461   *1Railer 74146*
Seal number(s) 1098283   *Loady JKB 444436*
*wayno Delong*

SCAC:
Pro number:

BAR CODE SPACE

**SHIP TO**

Name: PARTH ENTERPRISES          Location #: _____
Address:5 CORPORATE DRIVE
City/State/Zip: CRANBURY,NJ 08512
CID#:                                    FOB: ☐

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid _____   Collect _____   3rd Party _____

☐   Master Bill of Lading: with attached
(check box)   underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0025632147 | 13 | 26000 | Y | N | |
| 0036574551 | 28 | 14500 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | **41** | **40500** | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | RECEIVING | | |
| | | | | | | STAMP SPACE | | |
| | | | | | | | | |
| | | | **GRAND TOTAL** | | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ Per _____

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ▪ 14706(c) (1) (A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| *[signature]* 10/3/08 | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required records. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. *wayn Dy* 10-8-08  *Davd Jaramillo*  10-9-2008 |

18

**LANDSTAR ★**
**RANGER**

# ORIGINAL
# FREIGHT BILL

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 4444277    2
BILL OF LADING: 1753712.
SHIPPING DATE: 10-02-08
INVOICE DATE: 10-29-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | GDUNBA-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 500 1. | CONSUMER GOODS OR APPLIAN DETENTION | 40000 | | 300.00 | 5205.06 300.00 |

PAYOR:   PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,505.06 |
|---|---|

## SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

**SHIPPER**
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer: 1035242

**CONSIGNEE**
#
PARTH ENTERPRISES
5 CORPORATE DRIVE
CRANBURY, NJ

**CUSTOMER**
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

19

PRO NUMBER: 444277
DOCUMENT TYPE: BP
Requester: XBILLING

TRIP # 5236693    Invoice # 5277

| DATE 10/02/08 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**
Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#: ☐ FOB: ☐

Bill of Lading Number: 0023659612132

B A R   C O D E   S P A C E

**SHIP TO**
Name: PARTH ENTERPRISES    Location #: _____
Address: 5 CORPORATE DRIVE
City/State/Zip: CRANBURY, NJ 08512
CID#: ☐ FOB: ☐

CARRIER NAME: LANDSTAR CARRIER
Trailer number 5308
Seal number(s) 0528685

SCAC:
Pro number:

B A R   C O D E   S P A C E

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid _____ Collect _____ 3rd Party _____
☐ Master Bill of Lading: with attached
(check box) underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0026532964 | 300 | 33000 | Y | N | |
| 0078129641 | 250 | 8300 | Y | N | |
| | | | Y | N | |
| | | | Y | N | WOMEN WEARING APPAREL |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | **550** | **41300** | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | **GRAND TOTAL** | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

Per _____

COD Amount: $ _____
Fee Terms:   Collect ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

[signature]   10/2/08

Trailer Loaded?
☐ By Shipper
☐ By Driver

Freight Counted?
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle

20

# LANDSTAR ★
## RANGER

# ORIGINAL
# FREIGHT BILL

**Remit to:**

LANDSTAR RANGER,INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 4444387
BILL OF LADING: 1753715
SHIPPING DATE: 10-07-08
INVOICE DATE: 10-23-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | LSCHUU-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 45000 | | 5205.06 | 5205.06 |

PAYOR:  PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

## SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

**SHIPPER**
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

**CONSIGNEE**
#
PARTH ENTERPRISES
5 CORPORATE DRIVE

CRANBURY, NJ 08512

**CUSTOMER**
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

21

PRO NUMBER: 4444587
DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/07/08 | BILL OF LADING | | Page 1 of 1 |
|---|---|---|---|

**SHIP FROM**

Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#:                                          FOB: ☐

Bill of Lading Number: 0023659612136

B AR CODE SPACE

**SHIP TO**

Name: PARTH ENTERPRISES          Location #: _____
Address: 5 CORPORATE DRIVE

City/State/Zip: CRANBURY, NJ 08512
CID#:                                          FOB: ☐

CARRIER NAME: LANDSTAR CARRIER
Trailer number 44092
Seal number(s) 1114682

SCAC:
Pro number:

BAR CODE SPACE

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

**Freight Charge Terms:**

Prepaid _____     Collect _____     3rd Party _____

☐   Master Bill of Lading: with attached
(check box)   underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0052636982 | 785 | 34000 | Y | N | |
| 0014526584 | 450 | 10500 | Y | N | |
| | | | Y | N | |
| | | | Y | N | ELECTRONICS |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | | 1235 | 44500 | | |

*RECEIVED* (stamp)

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | | | | | | |
| | | | | | **GRAND TOTAL** | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ Per _____

COD Amount: $ _____
Fee Terms:   Collect: ☐     Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

(signature) 10/7/08

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

(signature) 10-7-08

22



# LANDSTAR RANGER

## ORIGINAL FREIGHT BILL

**Remit to:**

LANDSTAR RANGER,INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 4444388
BILL OF LADING: 1753716
SHIPPING DATE: 10-07-08
INVOICE DATE: 10-23-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | LSCHUU-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 45000 | | 5205.06 | 5205.06 |

PAYOR:   PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

**SHIPPER**
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

**CONSIGNEE**
#
PARTH ENTERPRISES
5 CORPORATE DRIVE

CRANBURY, NJ 08512

**CUSTOMER**
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

23

DOCUMENT TYPE: BP
Requester XBILLING

## BILL OF LADING

| DATE 10/07/08 | BILL OF LADING | Page 1 of 1 |

**SHIP FROM**
Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#:                                        FOB: ☐

Bill of Lading Number: 0023659612137

B AR CODE SPACE

**SHIP TO**
Name: PARTH ENTERPRISES          Location #:
Address: 5 CORPORATE DRIVE
City/State/Zip: CRANBURY, NJ 08512
CID#:                                        FOB: ☐

CARRIER NAME: LANDSTAR CARRIER
Trailer number 5320
Seal number(s) 1114687

SCAC:
Pro number:

BAR CODE SPACE

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid ___ Collect ___ 3rd Party ___
☐ Master Bill of Lading: with attached
(check box) underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0023578411 | 1150 | 33565 | Y | N | |
| 0065212457 | 236 | 11250 | Y | N | MIX FERIGHT |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | RECEIVED |
| | | | Y | N | |
| GRAND TOTAL | 1386 | 44815 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
___ Per ___

COD Amount: $
Fee Terms: Collect ☐ Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

10/7/08

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

10/7/08

24

# LANDSTAR ★
## RANGER

# *ORIGINAL*
# *FREIGHT BILL*

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 4444506
BILL OF LADING: 1753722
SHIPPING DATE: 10-10-08
INVOICE DATE: 10-23-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | LSCHUU-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 45000 | | 5205.06 | 5205.06 |
| | | | | | |
| | | | | PAYOR: | PREPAID |

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

## *SEE SUPPORTING DOCUMENTS ON REVERSE SIDE*

SHIPPER
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028          Customer:1035242

CONSIGNEE
#
PARTH ENTERPRISES
5 CORPORATE DRIVE
CRANBURY, NJ 08512

CUSTOMER
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

25

DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/10/08 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**

Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY,CA 91745
SID#:                                    FOB: ☐

Bill of Lading Number: 0023659612143

**B AR CODE SPACE**

**SHIP TO**

Name: PARTH ENTERPRISES        Location #: _____
Address:5 CORPORATE DRIVE

City/State/Zip: CRANBURY,NJ 08512
CID#:                                    FOB: ☐

CARRIER NAME: LANDSTAR CARRIER
Trailer number 53331
Seal number(s) 8686215

SCAC:
Pro number:

**BAR CODE SPACE**

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid _____   Collect _____   3rd Party _____

☐ Master Bill of Lading: with attached Underlying Bills of Lading
(check box)

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0086725139 | 450 | 34000 | Y | N | |
| 0055234621 | 380 | 11500 | Y | N | HOUSE HOLD GOODS |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 830 | 45500 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | | | | | | |
| | | | | | GRAND TOTAL | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ Per _____

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

_____ 10/10/08

AMIT SMH 10-10-08

26

PRU NUMBER: 4444084
DOCUMENT TYPE: BP
Requester: XBILLING

| DATE: 10/15/08 | | | BILL OF LADING | | Page 1 of 1 |
|---|---|---|---|---|---|

**SHIP FROM**

Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#:                                    FOB: ☐

Bill of Lading Number: 0023659612149

B AR CODE SPACE

**SHIP TO**

Name: PARTH ENTERPRISES          Location #: _____
Address: 5 CORPORATE DRIVE

City/State/Zip: CRANBURY, NJ 08512
CID#:                                    FOB: ☐

CARRIER NAME: LANDSTAR CARRIER
Trailer number 45312
Seal number(s) 5440086

SCAC:
Pro number:

B AR CODE SPACE

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid ____   Collect ____   3rd Party ____

☑   Master Bill of Lading: with attached underlying Bills of Lading
(check box)

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0051433951 | 20 pelts | 38000 | Y | N | HOUSE HOLD GOODS |
| 0095636952 | 10 pelts | 7500 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 30 pelts | 45500 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | | | **GRAND TOTAL** | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ Per _____

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

27

# LANDSTAR ★ RANGER

## ORIGINAL
## FREIGHT BILL

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 4444728
BILL OF LADING: .753730
SHIPPING DATE: 10-16-08
INVOICE DATE: 10-29-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD |          |         |         | JKB | LSCHUU-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 45000 | | 5205.06 | 5205.06 |

PAYOR:   PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

**SHIPPER**
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

**CONSIGNEE**
#
PARTH ENTERPRISES
5 CORPORATE DRVE

CRANBURY, NJ 08512

**CUSTOMER**
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

28

DOCUMENT TYPE:  BP
Requester: XBILLING

| DATE 10/16/08 | BILL OF LADING | | Page 1 of 1 |
|---|---|---|---|

**SHIP FROM**

Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#:                                    FOB: ☐

Bill of Lading Number: 0023659612151

B AR CODE SPACE

**SHIP TO**

Name: PARTH ENTERPRISES          Location #:
Address: 5 CORPORATE DRIVE

City/State/Zip: CRANBURY, NJ 08512
CID#:                                    FOB: ☐

CARRIER NAME:  LANDSTAR CARRIER
Trailer number 44092
Seal number(s) 7842200

SCAC:

Pro number:

B AR CODE SPACE

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

Freight Charge Terms:

Prepaid:_____  Collect_____  3rd Party _____

☐ Master Bill of Lading: with attached
(check box)   underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGH | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0037913334 | 24 pelts | 39000 | Y | N | MIX FERIGHT |
| 0066245781 | 6 pelts | 5550 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | RECEIVED 10/24/08 |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 30 pelts | 44550 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYP.-E | | | | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | | | GRAND TOTAL | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ Per _____

COD Amount: $ _____
Fee Terms:   Collect: ☐     Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

_____ 10/16/08

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle

29

**LANDSTAR** ★
**RANGER**

## ORIGINAL
## FREIGHT BILL

**Remit to:**

LANDSTAR RANGER,INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 4444727
BILL OF LADING: 1753729
SHIPPING DATE: 10-16-08
INVOICE DATE: 10-29-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|---|---|---|---|---|---|
| BLPD | | | | JKX | LSCHUU-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|---|---|---|---|---|---|
| 1000 | CONSUMER GOODS OR APPLIAN | 45000 | | 5205.06 | 5205.06 |
| | | | | | |
| | | | | PAYOR: | PREPAID |

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

SHIPPER
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

CONSIGNEE
#
PARTH ENTERPRISES
5 CORPORATE DRVE

CRANBURY, NJ 08512

CUSTOMER
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

30

DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/16/08 | | BILL OF LADING | | Page 1 of 1 |
|---|---|---|---|---|

**SHIP FROM**

Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#:                                FOB: ☐

Bill of Lading Number: 0023659612150

B AR CODE SPACE

**SHIP TO**

Name: PARTH ENTERPRISES      Location #:
Address: 5 CORPORATE DRIVE

City/State/Zip: CRANBURY, NJ 08512
CID#:                                FOB: ☐

CARRIER NAME: LANDSTAR CARRIER
Trailer number 5320
Seal number(s) 5400722

SCAC:
Pro number:

BAR CODE SPACE

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:
City/State/Zip:

Freight Charge Terms:
Prepaid ___   Collect ____   3rd Party ___

SPECIAL INSTRUCTIONS:

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0024468507 | 19 pelts | 36550 | Y | N | MIX FERIGHT |
| 0091567423 | 9 pelts | 8560 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | RECEIVED 10/16/08 |
| | | | Y | N | |
| **GRAND TOTAL** | **28 pelts** | **45110** | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___
_____ Per _____

COD Amount: $
Fee Terms:   Collect: ☐     Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

_____ 10/16/08

31

# LANDSTAR ★
## RANGER

## *ORIGINAL FREIGHT BILL*

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 1247217
BILL OF LADING: 1753731
SHIPPING DATE: 10-17-08
INVOICE DATE: 11-03-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | RWARMO-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 45500 | | 5205.06 | 5205.06 |

PAYOR:   PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

SHIPPER
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

CONSIGNEE
#
PARTH ENTERPRISES
5 CORPORATE DRVE
CRANBURY, NJ 08512

CUSTOMER
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

32

PRO NUMBER: 1241217
DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/17/08 | **BILL OF LADING** | Page 1 of 1 |
|---|---|---|

**SHIP FROM**

Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY,CA 91745
SID#:                                      FOB: ☐

Bill of Lading Number: 0023659612152

BAR CODE SPACE

**CARRIER NAME:** LANDSTAR CARRIER
Trailer number 63535
Seal number(s)1005554

**SHIP TO**

Name: PARTH ENTERPRISES          Location #: _____
Address:5 CORPORATE DRIVE

City/State/Zip: CRANBURY,NJ 08512
CID#:                                      FOB: ☐

SCAC:
Pro number:

BAR CODE SPACE

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid _____   Collect _____   3rd Party _____

☐   Master Bill of Lading: with attached
     underlying Bills of Lading
(check box)

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0024659135 | 28 pelts | 44500 | Y | N | ELECTRONICS |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | RECEIVED |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 28 pelts | 44500 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY. | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | RECEIVING | | |
| | | | | | | STAMP SPACE | | |
| | | | | **GRAND TOTAL** | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ Per _____

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

10/17/08

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

10/17/08

33

# LANDSTAR ★
## RANGER

## *ORIGINAL*
## *FREIGHT BILL*

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 1247237
BILL OF LADING: 1753732
SHIPPING DATE: 10-17-08
INVOICE DATE: 11-03-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD |          |         |         | JKB | RWARMO-R |

| QTY | DESCRIPTION/COMMODITY | WGT. | AS WT/MI | RATE | CHARGES |
|-----|----------------------|------|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 45273 | | 5205.06 | 5205.06 |
| | | | | | |
| | | | | PAYOR: | PREPAID |

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

### *SEE SUPPORTING DOCUMENTS ON REVERSE SIDE*

**SHIPPER**
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

**CONSIGNEE**
#
PARTH ENTERPRISES
5 CORPORATE DRVE
CRANBURY, NJ 08512

**CUSTOMER**
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

34

PRO NUMBER: 1247257
DOCUMENT TYPE: BP
Requester: XBILLING

# BILL OF LADING

DATE 10/17/08                                                          Page 1 of 1

**SHIP FROM**

Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#:                                            FOB: ☐

Bill of Lading Number: 0023659612153

B A R  C O D E  S P A C E

**SHIP TO**

Name: PARTH ENTERPRISES          Location #: _____
Address: 5 CORPORATE DRIVE
City/State/Zip: CRANBURY, NJ 08512
CID#:                                            FOB: ☐

CARRIER NAME: LANDSTAR CARRIER
Trailer number: 53921
Seal number(s) 0088552

SCAC:

Pro number:

B A R  C O D E  S P A C E

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

Freight Charge Terms:

Prepaid _____      Collect _____      3rd Party _____

☐ Master Bill of Lading: with attached
(check box)     underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0076261714 | 30 pelts | 45273 | Y | N | HOUSE HOLD GOODS |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 28 pelts | 45273 | | | |

RECEIVED
10/2/08

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | RECEIVING | | |
| | | | | | | STAMP SPACE | | |
| | | | | | | | | |
| | | | | **GRAND TOTAL** | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ Per _____"

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

10/17/08

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

10/17/08

35

# LANDSTAR ★
# RANGER

## ORIGINAL
## FREIGHT BILL

**Remit to:**

LANDSTAR RANGER,INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 1247248
BILL OF LADING: 1753733
SHIPPING DATE: 10-18-08
INVOICE DATE: 11-03-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|------|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | RWARMO-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 44500 | | 5205.06 | 5205.06 |

PAYOR:   PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

SHIPPER
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

CONSIGNEE
#
PARTH ENTERPRISES
5 CORPORATE DRVE
CRANBURY, NJ 08512

CUSTOMER
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

36

DOCUMENT TYPE:  BP
Requester: XBILLING

| DATE 10/18/08 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**

Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#:                                              FOB: ☐

Bill of Lading Number: 0023659612154

B AR CODE SPACE

**SHIP TO**

Name: PARTH ENTERPRISES          Location #: _____
Address: 5 CORPORATE DRIVE

City/State/Zip: CRANBURY, NJ 08512
CID#:                                              FOB: ☐

CARRIER NAME:  LANDSTAR CARRIER
Trailer number 5894
Seal number(s) 2223981

SCAC:
Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

BAR CODE SPACE

Freight Charge Terms:
Prepaid _____    Collect _____    3rd Party _____
☐ Master Bill of Lading: with attached
(check box)    underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0055384100 | 18 pelts | 31000 | Y | N | MIX FERIGE |
| 0021119857 | 12 pelts | 13500 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 30 pelts | 44500 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | | | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: –
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ Per _____

COD Amount: $ _____
Fee Terms:   Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable requirements of the DOT.

10/18/08

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

10/18/08

37

**LANDSTAR ★**
**RANGER**

## ORIGINAL FREIGHT BILL

**Remit to:**

LANDSTAR RANGER,INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 1247260
BILL OF LADING: 1753734
SHIPPING DATE: 10-18-08
INVOICE DATE: 11-03-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | RWARMO-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 43500 | | 5205.06 | 5205.06 |

PAYOR:  PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

SHIPPER
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

CONSIGNEE
#
PARTH ENTERPRISES
5 CORPORATE DRVE
CRANBURY, NJ 08512

CUSTOMER
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

PRO NUMBER: 1247260
DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/18/08 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**
Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#:                                              FOB: ☐

Bill of Lading Number: 0023659612155

B AR CODE SPACE

**SHIP TO**
Name: PARTH ENTERPRISES          Location #: _____
Address: 5 CORPORATE DRIVE

City/State/Zip: CRANBURY, NJ 08512
CID#:                                              FOB: ☐

CARRIER NAME: LANDSTAR CARRIER
Trailer number 6325
Seal number(s)6100559

SCAC:
Pro number:

BAR CODE SPACE

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid _____ Collect _____ 3rd Party _____
☐ Master Bill of Lading: with attached
(check box) underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP. (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0076341888 | 19 pelts | 31000 | Y | N | DIGITAL PRODUCTS |
| 0095022735 | 8 pelts | 12500 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 27 pelts | 43500 | | | |

RECEIVED 10.7.08

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
____ Per ____

COD Amount: $ _____
Fee Terms:  Collect: ☐  -  Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

10/18/08                                              10/18/08

39

# LANDSTAR ★ RANGER

## ORIGINAL FREIGHT BILL

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 1247782
BILL OF LADING: 1753735
SHIPPING DATE: 10-20-08
INVOICE DATE: 11-03-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | RWARMO-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 45080 | | 5205.06 | 5205.06 |

PAYOR:   PREPAID

**TOTAL FREIGHT CHARGES DUE IN 15 DAYS**    $ 5,205.06

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

**SHIPPER**
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer: 1035242

**CONSIGNEE**
#
PARTH ENTERPRISES
5 CORPORATE DRVE
CRANBURY, NJ 08512

**CUSTOMER**
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

40

PRO NUMBER: 1247782
DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/20/08 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**
Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#:                                    FOB: ☐

Bill of Lading Number: 0023659612156

B AR CODE SPACE

**SHIP TO**
Name: PARTH ENTERPRISES          Location #:
Address: 5 CORPORATE DRIVE
City/State/Zip: CRANBURY, NJ 08512
CID#:                                    FOB: ☐

CARRIER NAME: LANDSTAR CARRIER
Trailer number 54202
Seal number(s) 5447255

SCAC:
Pro number:

B AR CODE SPACE

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid _____   Collect _____   3rd Party _____

☐ Master Bill of Lading: with attached
(check box)   underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0029164827 | 19 pelts | 37400 | Y | N | HOUSE HOLD GOODS |
| 0061537492 | 9 pelts | 7680 | Y | N | RECEIVED |
| | | | Y | N | |
| | | | Y | N | 10/23/0 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | **28 pelts** | **45080** | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | | | | | | |
| | | | | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____.

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper   ☐ By Driver | ☐ By Shipper   ☐ By Driver/pallets said to contain   ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |

10/29/08

10/20/00

41



# LANDSTAR RANGER

## ORIGINAL FREIGHT BILL

**Remit to:**

LANDSTAR RANGER,INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 1247809
BILL OF LADING: 1753736
SHIPPING DATE: 10-20-08
INVOICE DATE: 11-03-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | RWARMO-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 44600 | | 5205.06 | 5205.06 |

PAYOR:  PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

SHIPPER
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

CONSIGNEE
#
PARTH ENTERPRISES
5 CORPORATE DRVE
CRANBURY, NJ 08512

CUSTOMER
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

42

PRO NUMBER: 1247809
DOCUMENT TYPE: BP
Requester XBILLING

| DATE 10/20/08 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**
Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#:                                          FOB: ☐

Bill of Lading Number: 0023659612157

B AR CODE SPACE

CARRIER NAME: LANDSTAR CARRIER
Trailer number: 2021
Seal number(s): 4440862

**SHIP TO**
Name: PARTH ENTERPRISES          Location #:
Address: 5 CORPORATE DRIVE
City/State/Zip: CRANBURY NJ 08512
CID#:                                          FOB: ☐

SCAC:
Pro number:

BAR CODE SPACE

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid ____ Collect ____ 3rd Party ____

☐  Master Bill of Lading: with attached
(check box)    underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGH.T | PALLET/SLIP. (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0081663742 | 24 pelts | 44600 | Y | N | MIX FERIGHT |
|  |  |  | Y | N | RECEIVED |
|  |  |  | Y | N |  |
|  |  |  | Y | N |  |
|  |  |  | Y | N | 10/23/0? |
|  |  |  | Y | N |  |
|  |  |  | Y | N |  |
| GRAND TOTAL |  | 24 pelts / 44600 |  |  |  |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE |  |  |  | NMFC # | CLASS |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | RECEIVING |  |  |
|  |  |  |  |  |  | STAMP SPACE |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  | GRAND TOTAL |  |  |  |  |  |

Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows.
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ Per _____

COD Amount: $
Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                      Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

_signature_ 10/20/08

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Santos 10/20/08

43

# LANDSTAR ★ RANGER

## ORIGINAL FREIGHT BILL

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 1248095
BILL OF LADING: 1753737
SHIPPING DATE: 10-21-08
INVOICE DATE: 11-03-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | RWARMO-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 44550 | | 5205.06 | 5205.06 |

PAYOR:   PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

SHIPPER

#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

CONSIGNEE

#
PARTH ENTERPRISES
5 CORPORATE DRVE
CRANBURY, NJ 08512

CUSTOMER

PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

44

PRO NUMBER: 1240090
DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/21/08 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**
Name: PARTH ENTERPRISES
Address: 869 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#:     FOB: ☐

Bill of Lading Number: 0023659612158

**B A R   C O D E   S P A C E**

CARRIER NAME: LANDSTAR CARRIER
Trailer number 5420
Seal number(s)1145508

**SHIP TO**
Name: PARTH ENTERPRISES   Location #:
Address: 5 CORPORATE DRIVE
City/State/Zip: CRANBURY, NJ 08512
CID#:     FOB: ☐

SCAC:
Pro number:

**B A R   C O D E   S P A C E**

**THIRD PARTY FREIGHT CHARGES BILL TO**
Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid _____ Collect _____ 3rd Party _____

☐ Master Bill of Lading: with attached
(check box)   underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGH. T | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0077235945 | 18 pelts | 40000 | Y | N | MIX FERIGHT |
| 0032256819 | 9 pelts | 4550 | | N | |
| | | | | N | |
| | | | | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 27 pelts | 44550 | | | |

RECEIVED 10/23/08

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to insure safe transportation with ordinary care | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | | | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ Per _____

COD Amount: $ _____
Fee Terms: Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49.U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable requirements of the DOT

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

10/21/08

10/24/08

45

# LANDSTAR ★
## RANGER

# ORIGINAL
# FREIGHT BILL

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 1248096
BILL OF LADING: 1753738
SHIPPING DATE: 10-21-08
INVOICE DATE: 11-03-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | RWARMO-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 45000 | | 5205.06 | 5205.06 |

PAYOR: 3RD PARTY

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

## SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

SHIPPER
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer: 1035242

CONSIGNEE
#
PARTH ENTERPRISES
5 CORPORATE DRVE
CRANBURY, NJ 08512

CUSTOMER
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

46

PRO NUMBER: 1248096
DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/21/08 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**

Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY,CA 91745
SID#:      FOB: ☐

**SHIP TO**

Name: PARTH ENTERPRISES    Location #: _____
Address: 5 CORPORATE DRIVE
City/State/Zip: CRANBURY, NJ 08512
CID#:      FOB: ☐

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

Bill of Lading Number: 0023659612159

**B AR CODE SPACE**

CARRIER NAME: LANDSTAR CARRIER
Trailer number 53331
Seal number(s) 0007552

SCAC:
Pro number:

**BAR CODE SPACE**

Freight Charge Terms:
Prepaid _____ Collect _____ 3rd Party _____
☐ (check box) Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0091783441 | 30 pelts | 36000 | Y | N | HOUSE HOLD GOODS |
| 0085367915 | 12 pelts | 9000 | Y | N | 12 PALLET DOUBLE STACK |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | RECEIVED 10/23/08 |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 27 pelts | 45000 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | RECEIVING | | |
| | | | | | | STAMP SPACE | | |
| | | | | | | | | |
| | | | **GRAND TOTAL** | | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows
'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ Per _____

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).

COD Amount: /$ _____
Fee Terms: Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

SHIPPER SIGNATURE / DATE: 10/21/08
CARRIER SIGNATURE / PICKUP DATE: 10/21/08

47

# LANDSTAR ★ RANGER

## ORIGINAL FREIGHT BILL

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 1248712
BILL OF LADING: 1753739
SHIPPING DATE: 10-22-08
INVOICE DATE: 11-05-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | MIJOHN-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 45000 | | 5205.06 | 5205.06 |

PAYOR:   PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

**SHIPPER**
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

**CONSIGNEE**
#
PARTH ENTERPRISES
5 CORPORATE DRVE

CRANBURY, NJ

**CUSTOMER**
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

48

PRO NUMBER: 1248712
DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/22/08 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**

Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#: FOB: ☐

Bill of Lading Number: 0023659612160

B AR CODE SPACE

**SHIP TO**

Name: PARTH ENTERPRISES   Location #: _____
Address: 5 CORPORATE DRIVE
City/State/Zip: CRANBURY, NJ 08512
CID#: FOB: ☐

CARRIER NAME: LANDSTAR CARRIER
Trailer number 5513
Seal number(s) 0222754
SCAC:
Pro number:

B AR CODE SPACE

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid _____   Collect _____   3rd Party _____
☐  Master Bill of Lading with attached
(check box)   underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 002053771.6 | 19 pelts | 38000 | Y | N | ELECTRONICS |
| 0079422658 | 10 pelts | 5050 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 29 pelts | 43050 | | | |

RECEIVED

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | | GRAND TOTAL | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ Per _____

COD Amount: $ _____
Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

10/22/08

49

# LANDSTAR ★
## RANGER

# *ORIGINAL*
# *FREIGHT BILL*

**Remit to:**

LANDSTAR RANGER,INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 1248713
BILL OF LADING: 1753740
SHIPPING DATE: 10-22-08
INVOICE DATE: 11-05-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | RWARMO-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 45400 | | 5205.06 | 5205.06 |
| | | | | | |
| | | | | | |
| | | | | PAYOR: | PREPAID |

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

## *SEE SUPPORTING DOCUMENTS ON REVERSE SIDE*

**SHIPPER**
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

**CONSIGNEE**
#
PARTH ENTERPRISES
5.CORPORATE DRVE
CRANBURY, NJ 08512

**CUSTOMER**
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

50

DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/22/08 | BILL OF LADING | Page 1 of 1 |

**SHIP FROM**
Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#:                                      FOB: ☐

**SHIP TO**
Name: PARTH ENTERPRISES          Location #: _____
Address: 5 CORPORATE DRIVE
City/State/Zip: CRANBURY, NJ 08512
CID#:                                      FOB: ☐

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Bill of Lading Number: 0023659612161

B AR CODE SPACE

CARRIER NAME: LANDSTAR CARRIER
Trailer number 55613
Seal number(s) 4468670

SCAC:
Pro number:

BAR CODE SPACE

Freight Charge Terms:
Prepaid _____  Collect _____  3rd Party _____
☐ Master Bill of Lading: with attached
(check box)   underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0061953784 | 30 pelts | 45400 | Y | N | MIX FERIGHT |
| | | | Y | N | RECEIVED 10/28/08 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 30 pelts | 45400 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | RECEIVING | | |
| | | | | | | STAMP SPACE | | |
| | | | | | | | | |
| | | | | | **GRAND TOTAL** | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____.

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

10/22/08

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

10/22/08

51

# LANDSTAR ★
## RANGER

# *ORIGINAL FREIGHT BILL*

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 1248796
BILL OF LADING: 1753741
SHIPPING DATE: 10-23-08
INVOICE DATE: 11-05-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|---|---|---|---|---|---|
| BLPD | | | | JKB | EWYKOW-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|---|---|---|---|---|---|
| 1000 | CONSUMER GOODS OR APPLIAN | 45000 | | 5205.06 | 5205.06 |

PAYOR:   PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

## *SEE SUPPORTING DOCUMENTS ON REVERSE SIDE*

**SHIPPER**

#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028          Customer:1035242

**CONSIGNEE**

\#
PARTH ENTERPRISES
5 CORPORATE DRVE
CRANBURY, NJ

**CUSTOMER**

PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

52

PRO NUMBER: 1248796
DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/23/08 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**
Name: PARTH ENTERPRISES
Address: 689 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#: ▢ FOB: ▢

Bill of Lading Number: 0023659612162

B AR CODE SPACE

**SHIP TO**
Name: PARTH ENTERPRISES      Location #:
Address: 5 CORPORATE DRIVE
City/State/Zip: CRANBURY NJ 08512
CID#: ▢ FOB: ▢

CARRIER NAME: LANDSTAR CARRIER
Trailer number: 55266
Seal number(s) 5540778

SCAC:
Pro number:

BAR CODE SPACE

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:-

Freight Charge Terms:
Prepaid ▢      Collect ___      3rd Party ___
(check box)   Master Bill of Lading: with attached
              underlying Bills of Lading.

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0051672286 | 21 pelts | 38660 | Y | N | HOUSE HOLD GOODS |
| 0031533821 | 8 | 6500 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 29 pelts | 45160 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | | | | | | |
| | | | | | | GRAND TOTAL | | |

Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ Per ___

COD Amount: $
Fee Terms:   Collect: ▢   Prepaid: ▢
             Customer check acceptable: ▢

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ▢ By Shipper ▢ By Driver | ▢ By Shipper ▢ By Driver/pallets said to contain ▢ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |
| 10/23/08 | | | Junior D Soza 10/23/08 |

53

# LANDSTAR ★
## RANGER

# ORIGINAL FREIGHT BILL

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 1248799
BILL OF LADING: 1753742
SHIPPING DATE: 10-23-08
INVOICE DATE: 11-05-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | EWYKOW-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 45000 | | 5205.06 | 5205.06 |

PAYOR:   PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

## SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

**SHIPPER**
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

**CONSIGNEE**
#
PARTH ENTERPRISES
5 CORPORATE DRVE

CRANBURY, NJ 08512

**CUSTOMER**
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

54

PRO NUMBER: 1240795
DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/23/08 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**
Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#:                                          FOB: ☐

Bill of Lading Number: 0023659612163

**B AR CODE SPACE**

**SHIP TO**
Name: PARTH ENTERPRISES          Location#:
Address: 5 CORPORATE DRIVE

City/State/Zip: CRANBURY, NJ 08512
CID#:                                          FOB: ☐

CARRIER NAME: LANDSTAR CARRIER
Trailer number 48846
Seal number(s)7558061

SCAC:
Pro number:

**BAR CODE SPACE**

**THIRD PARTY FREIGHT CHARGES BILL TO**
Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid ___ Collect ___ 3rd Party ___

☐ (check box) Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0082673195 | 18 pelts | 33000 | Y | N | HOUSE HOLD GOODS |
| 0039268315 | 12 pelts | 11500 | Y | N | RECEIVED |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 30 pelts | 44500 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | GRAND TOTAL | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ Per ___

COD Amount: $
Fee Terms:   Collect: ☐      Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

10/23/08

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

10-29-08

55

# LANDSTAR ★
## RANGER

# ORIGINAL
# FREIGHT BILL

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 1248873
BILL OF LADING: 1753743
SHIPPING DATE: 10-24-08
INVOICE DATE: 11-05-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | RWARMO-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|-----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 45000 | | 5205.06 | 5205.06 |
| | | | | | |
| | | | | PAYOR: | PREPAID |

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

S H I P P E R
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

C O N S I G N E E
#
PARTH ENTERPRISES
5 CORPORATE DRVE
CRANBURY, NJ 08512

C U S T O M E R
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

56

PRO NUMBER: 1248873
DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/24/08 | BILL OF LADING | Page 1 of 1 |
|---|---|---|

**SHIP FROM**
Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY,CA 91745
SID#:                                    FOB: ☐

Bill of Lading Number: 0023659612165

B AR CODE SPACE

**SHIP TO**
Name: PARTH ENTERPRISES          Location #: _____
Address: 5 CORPORATE DRIVE
City/State/Zip: CRANBURY,NJ 08512
CID#:                                    FOB: ☐

CARRIER NAME: LANDSTAR CARRIER
Trailer number: 33805
Seal number(s) 5961185

SCAC:
Pro number:

B AR CODE SPACE

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid _____ Collect _____ 3rd Party _____
☐ Master Bill of Lading: with attached
(check box)      underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0094638751 | 30 pelts | 45200 | Y | N | ELECTRONICS |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 30 pelts | 45200 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | NMFC# | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | | | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
Per _____

COD Amount: $ _____
Fee Terms:   Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                    Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

10/24/08

AMY   10-24-08

51

# LANDSTAR ★
## RANGER

# *ORIGINAL FREIGHT BILL*

**Remit to:**

LANDSTAR RANGER,INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 1250726
BILL OF LADING: 1753747
SHIPPING DATE: 10-28-08
INVOICE DATE: 11-10-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | LSCHUU-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 45000 | | 5205.06 | 5205.06 |

PAYOR:   PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

## SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

**SHIPPER**
#1035242
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

Customer:1035242

**CONSIGNEE**
#
PARTH ENTERPRISES
5 CORPORATE DRVE.

CRANBURY, NJ 08512

**CUSTOMER**
PARTH ENTERPRISES
889 S AZUSA AVE
CY OF INDUSTRY, CA 91748-1028

58

PRO NUMBER: 1250726
DOCUMENT TYPE: BP
Requester: XBILLING

| DATE 10/28/08 | **BILL OF LADING** | Page 1 of 1 |
|---|---|---|

**SHIP FROM**
Name: PARTH ENTERPRISES
Address: 889 AZUSA AVENUE
City/State/Zip: CITY OF INDUSTRY, CA 91745
SID#:                                    FOB: ☐

Bill of Lading Number: 0023659612168

**B AR CODE SPACE**

**SHIP TO**
Name: PARTH ENTERPRISES          Location #: _____
Address: 5 CORPORATE DRIVE
City/State/Zip: CRANBURY, NJ 08512
CID#:                                    FOB: ☐

CARRIER NAME: LANDSTAR CARRIER
Trailer number 58904
Seal number(s) 8686005

SCAC:
Pro number:

**BAR CODE SPACE**

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

Freight Charge Terms:
Prepaid _____   Collect _____   3rd Party _____
(check box)   ☐ Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0016073456 | 29 pcits | 43000 | Y | N | ELECTRONICS |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 29 pcits | 43000 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | **RECEIVING** | | |
| | | | | | | **STAMP SPACE** | | |
| | | | | | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ Per _____

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are property classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

[signature] 10/28/08

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

[signature] andrew

59

# LANDSTAR ★
## RANGER

# *ORIGINAL*
# *FREIGHT BILL*

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 8500-54293
PHILADELPHIA PA 19178-4293

(904) 398-9400

INVOICE#: 1250728
BILL OF LADING: 1753748
SHIPPING DATE: 10-28-08
INVOICE DATE: 11-10-08
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
| BLPD | | | | JKB | LSCHUU-R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1000 | CONSUMER GOODS OR APPLIAN | 45000 | | 5205.06 | 5205.06 |

PAYOR:  PREPAID

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,205.06 |
|---|---|

## SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

S
H
I #1035242
P PARTH ENTERPRISES
P 889 S AZUSA AVE                      Customer:1035242
E CY OF INDUSTRY, CA 91748-1028
R

C
O #
N PARTH ENTERPRISES
S 5 CORPORATE DRVE
I
G CRANBURY, NJ 08512
N
E
E

C
U PARTH ENTERPRISES
S 889 S AZUSA AVE
T
O CY OF INDUSTRY, CA 91748-1028
M
E
R

40