JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDSTAR RANGER, INC., a Florida Corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PARTH ENTERPRISES, INC., a California Corporation, USA LOGISTICS, LLC, a New Jersey Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 09–01426 MMM (AJWx)<br><br>JUDGMENT FOR PLAINTIFF |

On July 16, 2010, the court granted plaintiff's application for default judgment against Parth Enterprises, Inc. Accordingly,

　　IT IS ORDERED AND ADJUDGED

　1.　That plaintiffs recover from defendants total damages of $243,817.34 for breach of contract. This sum shall bear post-judgment interest at the rate of 0.28 percent;

　2.　That the action be, and it hereby is, dismissed; and

　3.　That plaintiff recover its costs of suit herein.

DATED: July 19, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE